# CASE ANNOUNCEMENTS

*April 15, 2010*

[Cite as *04/15/2010 #3 Case Announcements*, 2010-Ohio-1679.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–0657.  State ex rel. Johnson v. Brunner.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter and was considered in the manner prescribed by law. On consideration thereof,

It is ordered by the court that the writ of mandamus is denied based on laches.

PFEIFER, Acting C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, Lanzinger, and Cupp, JJ., concur.

The late Chief Justice Thomas J. MOYER did not participate in this decision.

# CASE ANNOUNCEMENTS

*April 16, 2010*

[Cite as *04/16/2010 Case Announcements*, 2010-Ohio-1678.]

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–0505.  State ex rel. Johnson v. Indus. Comm.**
Franklin App. No. 08AP–1006.

**2010–0516.  State ex rel. Lawson v. Doneghy.**
In Mandamus.

**2010–0586.  State ex rel. Alston v. Interpak, Inc.**
Franklin App. No. 09AP–534, 2010-Ohio-790.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2009–2293.  State ex rel. Mahajan v. State Med. Bd. of Ohio.**
In Mandamus.

**2009–2359.  State ex rel. Ferguson v. Natl. Mach.**
Franklin App. No. 08AP–902, 2009-Ohio-6193.